No. 704. SHAY ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Cir-

cuit. Certiorari denied. *De Long Harris* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.